FILED
MAR 1 3 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JIM ANDREWS GONZALES,

    Defendant.

CR. S-02-0158 LKK

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **JIM ANDREWS GONZALES**, Case No. CR. S-02-0158 LKK, Charge 18 U.S.C. 3606, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ [ ]

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

1         \_\_\_   Corporate Surety Bail Bond

2         _X_   (Other) [The defendant is sentenced to imprisonment of TIME SERVE. A

3         Judgment and Commitment Order to issue.]

Issued at Sacramento, CA on March 13, 2012, at 9:30 a.m.

Dated: March 13, 2012

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT JUDGE

GONZALES, JIM ANDREWS Order release TSR violation.wpd    2